# MINUTE ORDER

| | |
|---|---|
| CASE NUMBER: | 1:23-cv-00464-LEK-RT |
| CASE NAME: | State of Hawai'i, Ex. Rel. Anne E. Lopez, Attorney General v. CaremarkPCS Health, L.L.C. et al |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | DATE: | 01/24/2025 |

COURT ACTION:  EO:  COURT ORDER DENYING WITHOUT PREJUDICE DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT

    On November 27, 2024, Plaintiff State of Hawai`i, by and through Anne E. Lopez, Attorney General ("the State") filed its redacted Second Amended Complaint and its Renewed Motion to Remand ("Motion to Remand"). [Dkt. nos. 166, 167.] The Motion to Remand is scheduled for hearing on February 28, 2025. See Minute Order - EO: Court Oder Setting Briefing Schedule, 12/3/24 (dkt. no. 170).

    On January 22, 2025, Defendants CaremarkPCS Health, L.L.C. ("Caremark"), Express Scripts, Inc. ("Express Scripts"), and OptumRx, Inc. ("OptumRx" and collectively "Defendants") filed their Motion to Dismiss Plaintiffs' Second Amended Complaint ("Motion to Dismiss"). [Dkt. no. 174.] Defendants' Motion to Dismiss is DENIED WITHOUT PREJUDICE to the filing of a new motion to dismiss if the Motion to Remand is denied.

    If the Motion to Remand is denied, the order will include a deadline by which Defendants must respond to the Second Amended Complaint. In other words, Defendants are not required to answer the Second Amended Complaint while the Motion to Remand is pending.

    IT IS SO ORDERED.


Submitted by: Carla Cortez, Courtroom Manager